AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means        ☐ Original        ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* IN THE MATTER OF THE SEARCH OF APPLE IPHONE 6S, GPD HANDHELD GAMING COMPUTER MODEL GPD WIN2, ASUS LAPTOP MODEL 6L502V S/N 6CN0CV16786151, ALIENWARE LAPTOP S/N CN0P11R7476706023VV, LENOVO THINKPAD X1 YOGA S/N R90L1CCA 16/07, ORIGIN PC TOWER MODEL CHRONOS S/N 0108701 AND 8 USB FLASH DRIVES, CURRENTLY LOCATED AT 955 GOFFS FALLS RD. MANCHESTER, NH 03103 | ) Case No. 1:20-mj- 93-01-AJ ) ) ) ) ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Hampshire _____
*(identify the person or describe the property to be searched and give its location)*:

Please see attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Please see attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before    May 28, 2020    *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to    Hon. Andrea K. Johnstone    .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:    **4:46 PM, May 14, 2020**
05/14/2020 1~~2:0~~~~0 a~~m~~.~~

*Andrea K. Johnstone*
*Judge's signature*

City and state:    Concord, New Hampshire         Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>1:20-mj-93-01-AJ | Date and time warrant executed:<br>05/18/2020 2:40 pm | Copy of warrant and inventory left with:<br>Mailed to Christopher Pierro |
| Inventory made in the presence of :<br>  Inspector Bruce Sweet | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>  Disks containing Forensic Images of Exhibits 24, 25, 26, 28, 29 and 30:<br><br>  7 USB Drives<br>  GPD Handheld gaming computer Model GPD WIN2<br>  ASUS Laptop Model:6L502V S/N:6CN0CV16786151<br>  Lenovo Thinkpad Model: Thinkpad X1 Yoga S/N:R90L1CCA 16/07<br>  Origin PC Tower Model: Chronos S/N:0108701<br>  Thumb drive from safe | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 06/09/2020

*Executing officer's signature*

Sean P. Doyle, U.S. Postal Inspector
*Printed name and title*